IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**19 cv 11504**

REGINA LEWIS

12Cr.655

v.

*WRIT OF ERROR CORAM NOBIS*

UNITED STATES OF AMERICA

    Defendant,

---

I have standing to raise Tenth Amendment challenges to a federal law. I am asserting federal rights plainly and reasonably. I also have a right to sue, to give evidence and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens.

42 U.S.C.1981(a).

(a) STATEMENT OF EQUAL RIGHTS

All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

(b) "MAKE AND ENFORCE CONTRACTS" DEFINED

For purposes of this section, the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.

(c) PROTECTION AGAINST IMPAIRMENT

The rights protected by this section are protected against impairment by nongovernmental discrimination and impairment under color of State law.

(R.S. § 1977; Pub. L. 102–166, title I, § 101, Nov. 21, 1991, 105 Stat. 1071.)

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

18 U.S.C. § 115 (a) (1) (b)

Tenth Amendment

Article II, Section 2 of the Constitution

## STATEMENT OF THE CASE

On July 26, 2019, I was arrested by the United States Marshal Service. I was charged with violating 18 U.S.C. § 115 (a) (1) (b). My arrest was not privileged to the United States of America. My subsequent conviction violated the narrow federal-state balance. Exceptional circumstances warrant the exercise of the Court's discretionary powers. The application of the law violated the Constitution's federalism limitations on the statutory implementation of treaties by Congress, see *Bond v. United States, 564 U.S. 211 (2011)*, is a decision by the Supreme Court of the United States that individuals, just like states, may have standing to raise Tenth Amendment challenges to a federal law. My arrest was not privileged to the United States of America, *Bond v. United States, 572 U.S. 844 (2014)*.

This petition is not part of a pattern of vexatious filing. I present questions of law. There is no frivolity or maliciousness, only the facts to assist the court in making such determinations. Unfortunately, all the District Courts decisions are so burdensome as to deny me meaningful access to the courts. The district court is misapplying the law to all civil suits including habeas corpus petitions as well as those involving a fundamental constitutional right. This treatment is denying me any and all access to the district court. Even new, nonfrivolous claims submitted in good faith are not being heard irrespective of being granted *IFP. In re 669 F.2d 779 (1981)*.

"The assertion of federal rights, when plainly and reasonably made, are not to be defeated under the name of local practice." *Davis v. Wechler, 263 U.S. 22, 24; Stromberb v. California, 283 U.S. 359; NAACP v. Alabama, 375 U.S. 449.*

[signature]

November 18, 2019

Regina Lewis
21 Kenney Ct
Newburgh NY 12550

U.S. District Court
500 Pearl St.
New York, NY 10007

Criminal
Rochester NY

Postmark: 2019 NOV 20 PM 5:18
USPS SDNY
RECEIVED CLERK'S OFFICE S.D.N.Y.
10007-131608