UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

REGINA LEWIS,

        Plaintiff,

-against-

UNITED STATES OF AMERICA,

        Defendants.

19-CV-11504 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 23, 2019, dismissing the action,

IT IS ORDERED, ADJUDGED AND DECREED that the action is dismissed without prejudice because Plaintiff can proceed in this Court only through a guardian *ad litem*.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 23, 2019
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge